

© 2007 Donald Harney