

Harney v. Sony

EXHIBIT C

Recreated Image