UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD A. HARNEY, </br></br> Plaintiff, </br></br> vs. </br></br> SONY PICTURES TELEVISION, INC. and </br> A & E TELEVISION NETWORKS, LLC, </br></br> Defendants. | ) </br> ) </br> ) Civil Action No. 10-11181-RWZ </br> ) </br> ) </br> ) **ORAL ARGUMENT REQUESTED** </br> ) </br> ) </br> ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Sony Pictures Television Inc. ("Sony Pictures") and A&E Television Networks, LLC ("AETN") hereby move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment in the above-captioned action. The basis for the motion and the reasons why the motion is ripe, are set forth in (1) the accompanying memorandum, (2) the Declaration of Bruce P. Keller and the Exhibits attached thereto, (3) the Declaration of Anthony Armenise and the Exhibit attached thereto and (4) the Rule 56.1 Statement of Undisputed Material Facts, all filed herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants respectfully request oral argument on this motion.

Dated: September 17, 2010
       New York, New York

                                              Respectfully submitted,

                                              DEBEVOISE & PLIMPTON LLP

                                              By: /s/ Bruce P. Keller
                                                     Bruce P. Keller (BBO # 264980)

                                              919 Third Avenue
                                              New York, New York 10022
                                              (212) 909-6000

                                              *Attorneys for Defendants Sony Pictures Television Inc. and A&E Television Networks, LLC*

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that I have conferred with counsel for Plaintiff in this action and attempted in good faith to resolve or narrow the issues raised in this motion.

/s/ Bruce P. Keller
Bruce P. Keller

## CERTIFICATE OF SERVICE

I, Bruce P. Keller, member of the firm Debevoise & Plimpton LLP, hereby certify that on September 17, 2010, I caused a true and correct copy of the foregoing Defendants' Motion For Summary Judgment to be served electronically upon Andrew D. Epstein, Esq., attorney for Donald A. Harney, via the Court's ECF system at the following email address:

Andrew D. Epstein, Esq.
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA  02110
Photolaw@aol.com

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2010.

/s/ Bruce P. Keller
Bruce P. Keller