UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD A. HARNEY, ) | |
|                        Plaintiff, ) | Civil Action No. 10-11181-RWZ |
| vs. ) | |
| SONY PICTURES TELEVISION, INC. and ) A & E TELEVISION NETWORKS, LLC, ) | |
|                        Defendants. ) | |

## DECLARATION OF ANTHONY ARMENISE

Anthony Armenise hereby declares as follows:

1. I am Senior Vice President, On-Air Promotions, for Lifetime Television Network. This affidavit is submitted in support of the motion for summary judgment filed by the Defendants Sony Pictures Television Inc. and A&E Networks, LLC. I have personal knowledge of the facts set forth below.

2. Twenty-two television commercials were aired for the motion picture *Who Is Clark Rockefeller?* A DVD containing a copy of each commercial that aired is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California this 16th Day of September, 2010.

_____
Anthony Armenise

## CERTIFICATE OF SERVICE

    I, Bruce P. Keller, member of the firm Debevoise & Plimpton LLP, hereby certify that on September 17, 2010, I caused a true and correct copy of the foregoing Declaration Of Anthony Armenise to be served electronically upon Andrew D. Epstein, Esq., attorney for Donald A. Harney, via the Court's ECF system at the following email address:

    Andrew D. Epstein, Esq.
    Barker, Epstein & Loscocco
    10 Winthrop Square
    Boston, MA  02110
    Photolaw@aol.com

    Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

    Executed on September 17, 2010.

    /s/ Bruce P. Keller
    Bruce P. Keller