UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| DONALD A. HARNEY, | ) |
|                 Plaintiff, | ) Civil Action No. 10-11181-RWZ |
| vs. | ) |
| SONY PICTURES TELEVISION, INC. and A & E TELEVISION NETWORKS, LLC, | ) |
|                 Defendants. | ) |

---

**RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Sony Pictures Television Inc. ("Sony Pictures") and A&E Television Networks, LLC ("AETN") respectfully submit this statement, pursuant to Local Rule 56.1 of the United States District Court for the District of Massachusetts, in support of their motion for summary judgment. The material facts as to which there is no genuine issue to be tried are as follows:

**I.     Plaintiff's Photograph**

1.     The photograph attached to the Complaint as Exhibit A (the "Photo") was taken by Plaintiff Donald A. Harney on or about Palm Sunday 2007 in the Beacon Hill neighborhood of Boston.  (*See* Declaration of Bruce P. Keller ("Keller Decl.") ¶¶ 2, 3, Exs. 1, 2.)

2.      The Photo depicts the man who called himself Clark Rockefeller, later determined to be Christian Karl Gerhartsreiter, and his daughter, Reigh Boss, who was then known as Reigh Rockefeller.  In the Photo, Clark Rockefeller is holding a church service program on which the words "The Church Of The Advent" are plainly visible.  Reigh is holding a palm leaf.  In the background is a church steeple, a wrought iron fence, two trees with no leaves, a skyscraper-style building and a blue sky.  (Keller Decl. ¶ 2, Ex. 1.)

3.      The Photo, attributed to D. Harney, appeared on the front page of *The Beacon Hill Times* on April 10, 2007 above the caption:  "Parishioners Clark and Reigh 'Snooks' Rockefeller of Pinckney Street celebrated Palm Sunday at the Church of the Advent on March 31."  (Keller Decl. ¶ 11, Ex. 10.)

4.      On or about August 5, 2008, the following comments attributed to Mr. Harney were posted on the photography website www.universalhub.com:  "… I had been wandering the streets looking for feature photos to submit to the local papers I had been freelancing for and I had stumbled across a little church in the very affluent Beacon Hill neighborhood of Boston.  That was when I saw them exit the Church.  He was very well dressed and distinguished looking and she was a perfectly beautiful little girl cherubically perched on his shoulders clutching her palms from the Mass.  They were so perfect looking that it was almost like they were caricatures of the Beacon Hill elite.  My desire to make a portrait of them was so intense that I felt as though I was channeling Diane Arbus…."  (Keller Decl. ¶ 3, Ex. 2.)

5.      On or about March 17, 2010, Mr. Harney posted the Photo on the website www.jpgmag.com and wrote the following comment: "I photographed Clark Rockefeller and his daughter outside a church in the Beacon Hill neighborhood of Boston on Palm Sunday of 2007. The picture was published on the front page of a local newspaper. On July 27, 2008, Rockefeller kidnapped his daughter, leading local and federal law enforcement on a nationwide chase. This is the picture that was used to capture Rockefeller, who turned out to be a fraud, and recover the little girl safely." (Keller Decl. ¶ 3, Ex. 2.)

## II.    The Abduction And Manhunt.

6.      On July 27, 2008, the man calling himself Clark Rockefeller abducted his daughter Reigh during a supervised parental visit. Law enforcement immediately issued an "Amber Alert" and commenced a highly publicized nationwide manhunt for Clark and Reigh. (Keller Decl. ¶¶ 4-8, Exs. 3-7.)

7.      The Photo appeared in an FBI "Wanted" poster that was given to, and reproduced by, the media. (Keller Decl. ¶ 6, Ex. 5 at pp. 1-3.)

8.      The media coverage of the abduction was intense. In connection with the media coverage, the Photo appeared numerous times in print, on the Internet and on television. (Keller Decl. ¶ 6, Ex. 5.)

9.      The Photo itself did not include any copyright notice or other attribution to Mr. Harney. (Keller Decl. ¶ 6, Ex. 5.) It frequently was described as a photo coming

from the FBI, the Boston Police or, sometimes, the Associated Press or *The Beacon Hill Times*. (*Id.* at pp. 1, 4-6, 8-11, 15, 18-22, 30, 36, 41, 43-45.)

10. Tips from the public helped law enforcement capture Clark Rockefeller on August 2, 2008 and recover Reigh safely. (Keller Decl. ¶ 7, Ex. 6.)

11. In the course of its investigation, law enforcement learned that the man calling himself Clark Rockefeller was an imposter whose real name was Christian Karl Gerhartsreiter. Mr. Gerhartsreiter had, for years, had used a number of false identities, including, among others: film student, descendent of British royalty, television producer, Wall Street investment advisor and rocket scientist. He also was wanted for questioning in connection with a twenty-year old murder in California. (Keller Decl. ¶ 8, Ex. 7.)

12. The media continued to report on Clark Rockefeller and to use the Photo even after he was arrested, including in connection with his 2009 criminal trial. (Keller Decl. ¶¶ 6, 9, Ex. 5 at p. 46, Ex. 8.)

13. An enlarged copy of the Photo was used as an exhibit at Clark Rockefeller's criminal trial and was depicted in media coverage of the trial. (Keller Decl. ¶ 6, Ex. 5 at pp. 47-48.)

14. Mr. Harney's attorney, Anthony Epstein, has publicly stated that he "deemed" the Photo's use "by law enforcement as a fair use." (Keller Decl. ¶ 12, Ex. 11.)

**III.   The Movie *Who Is Clark Rockefeller?***

15.     In 2009-10, Sony Pictures produced the made-for-television motion picture *Who Is Clark Rockefeller?* (the "Movie"), which retells in dramatic fashion Clark Rockefeller's story and the search for Clark and Reigh.  The Movie is approximately 90 minutes in length.  (Answer, Ex. A.)

16.     To accurately retell the story of the manhunt, Sony Pictures recounted the role the Photo played during the manhunt.  Instead of using the Photo itself, Sony Pictures minimally replicated a few elements of the Photo, depicting the actors playing Clark and Reigh with "Reigh" atop "Clark's" shoulders (the "Sony Pictures Image").  Two versions of the Sony Pictures Image appear in the Movie but the differences between them are almost imperceptible.  (Answer, Ex. A; Keller Decl. ¶ 10, Ex. 9.)

17.     The following differences appear on the face of the Sony Pictures Image and the Photo:

|  | **The Photo** | **The Sony Pictures Image** |
|---|---|---|
| <u>Angle</u> | The camera is below Clark's eye level and the subjects in the Photo are closer to the camera than in the Sony Pictures Image. | The camera is above the eye level of the actor playing Clark and the subjects are more distant than in the Photo. |
| <u>Lighting</u> | Shadows cover Reigh's face and body and also partially cover Clark's head. | No shadows covering the face or body of the actress playing Reigh or covering the head of the actor playing Clark. |
| <u>Subjects'</u> | Neither Clark nor Reigh have neatly | The actors have neatly combed hair, |

| | | |
|---|---|---|
| Appearance | combed hair, Reigh has bangs and Clark is balding. In addition, in the Photo, Clark and Reigh have their own facial features. | the actor playing Reigh no bangs and the actor playing Clark is not balding. In addition, in the Sony Pictures Image the actors depicted have their own facial features and expressions, which are not those of Clark and Reigh.. |
| Background | A large church steeple looms in the background, a building is visible and the sky is bright blue. | The background consists only of leafy trees (no church), there is no building and the sky is grey. |
| Props | Reigh is holding a palm leaf with her arm outstretched toward the camera and Clark is holding a church service program on which the words "The Church Of The Advent" are visible. | The actor playing Reigh is not holding anything and, in fact, her arms are at her sides. The actor playing Clark is holding a piece of paper in his hand but it cannot be identified as a church service program. |

(*See* Keller Decl. ¶¶ 2, 10, Exs. 1, 9.)

18.   The Sony Pictures Image was used in the Movie in three contexts: (1) in an ersatz FBI "Wanted" poster, (2) in a scene showing a law enforcement briefing room and (3) in dramatized television news broadcasts about the abduction. It appeared fleetingly in the Movie, in only five scenes for a total of approximately 42 seconds, as follows:

**(a)**   At approximately 31:13 into the Movie, it appears in an ersatz FBI "Wanted" poster for approximately 4 seconds.

**(b)**   At approximately 39:57 into the Movie, it appears in a dramatized television news broadcast for approximately 7 seconds.

**(c)**   At approximately 41:28 into the Movie, it appears in a dramatized television news broadcast for approximately 7 seconds unobstructed and 6 seconds partially obstructed.

**(d)**   At approximately 48:39 into the Movie, it appears in a law enforcement briefing room for approximately 11 seconds.

**(e)**   At approximately 1:15:46 into the Movie, it appears in a dramatized television news broadcast for approximately 7 seconds.

(Answer, Ex. A.)

19.   Twenty-two television commercials were created and aired for the Movie. Of these, the Sony Pictures Image is visible in only one commercial for a duration of less than one second. That depiction of the Sony Pictures image occurs at approximately 11:04 into the DVD attached as Exhibit A to the Declaration of Anthony Armenise ("Armenise Decl."). (Armenise Decl., Ex. A.)

Dated:   September 17, 2010
           New York, New York

                                    Respectfully submitted,

                                    DEBEVOISE & PLIMPTON LLP

                                    By:  /s/ Bruce P. Keller
                                          Bruce P. Keller (BBO #264980)

                                    919 Third Avenue
                                    New York, New York 10022
                                    (212) 909-6000

                                    *Attorneys for Defendants Sony Pictures*
                                    *Television Inc. and A&E Television*
                                    *Networks, LLC*

## CERTIFICATE OF SERVICE

I, Bruce P. Keller, member of the firm Debevoise & Plimpton LLP, hereby certify that on September 17, 2010, I caused a true and correct copy of the foregoing Rule 56.1 Statement Of Undisputed Material Facts In Support of Defendants' Motion For Summary Judgment to be served electronically upon Andrew D. Epstein, Esq., attorney for Donald A. Harney, via the Court's ECF system at the following email address:

> Andrew D. Epstein, Esq.
> Barker, Epstein & Loscocco
> 10 Winthrop Square
> Boston, MA  02110
> Photolaw@aol.com

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2010.

> /s/ Bruce P. Keller
> Bruce P. Keller