UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD A. HARNEY, | ) |
| Plaintiff, | ) Civil Action No. 10-11181-RWZ |
| vs. | ) |
| SONY PICTURES TELEVISION, INC. and A & E TELEVISION NETWORKS, LLC, | ) |
| Defendants. | ) |

**NOTICE OF MANUAL FILING WITH CLERK'S OFFICE**

Notice is hereby given that a DVD containing television commercials that aired for the movie *Who Is Clark Rockefeller?* will be manually filed with the Court as Exhibit A to the Declaration of Anthony Armenise and will be available in hard copy form only.

2

The original DVD will be maintained in the case file in the Clerk's Office.

Dated: New York, New York
September 17, 2010

                                         Respectfully submitted,

                                         DEBEVOISE & PLIMPTON LLP

                                         By: /s/ Bruce P. Keller
                                               Bruce P. Keller (BBO # 264980)
                                               bpkeller@debevoise.com

                                         919 Third Avenue
                                         New York, NY  10022
                                         (212) 909-6000
                                         *Attorneys for Defendants Sony Pictures*
                                         *Television Inc. and A&E Television*
                                         *Networks, LLC*

## CERTIFICATE OF SERVICE

      I, Bruce P. Keller, member of the firm Debevoise & Plimpton LLP, hereby certify that on September 17, 2010, I caused a true and correct copy of the foregoing Notice Of Manual Filing With Clerk's Office to be served electronically upon Andrew D. Epstein, Esq., attorney for Donald A. Harney via the Court's ECF system and, together with the DVD, by Federal Express at the following address:

      Andrew D. Epstein, Esq.
      Barker, Epstein & Loscocco
      10 Winthrop Square
      Boston, MA 02110
      Photolaw@aol.com

      Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

      Executed on September 17, 2010.

      /s/ Bruce P. Keller
      Bruce P. Keller