UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD A. HARNEY,<br><br>                         Plaintiff<br><br>v.<br><br>SONY PICTURES TELEVISION, INC., ET AL.<br><br>                    Defendants | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | CIVIL ACTION NO.<br><br>10-11181-RWZ |

## AFFIDAVIT OF DONALD A. HARNEY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Donald A. Harney, on oath depose and state as follows:

1.     I am a professional photographer. I work full-time for the City of Boston where I photograph people and events of importance to the City. I have worked for the City for ten (10) years. I have worked as a professional photographer for over twenty (20) years in total.

2.     I also work on a part-time basis as a freelance photographer for other clients. For many years, I was a freelance photographer and a regular contributor to the *Beacon Hill Times*, a Neighborhood newspaper published in Boston.

3.     In March 2007, I was asked by the *Beacon Hill Times* to take photographs of people in and around Boston's Beacon Hill Neighborhood for use in its newspaper. On Sunday, April 1, 2007, which was Palm Sunday, I spotted Clark Rockefeller and his

daughter as they were leaving church, and I went up to them to ask if I could photograph them for the *Beacon Hill Times*.

4.      I made several creative decisions in making this photograph. I purposefully decided on Rockefeller and his daughter and I selected the camera and wide-angle lens that I thought would be best for the shot. I decided on the angle from which I was going to frame Rockefeller and his daughter and I composed the photograph so I would include both the subjects and the background. I also used fill-in flash to separate the subjects from the background and to reduce the shadows on their faces. Even though I was using a digital camera with automatic features, I manually set the aperture on my lens so I could capture the subjects and the background and to increase the depth-of-field so that both the foreground and background would be in focus. When I finished my assignment, I digitally edited the photograph using Adobe Photoshop®, a professional editing software, to make sure that the image would be fully acceptable to the newspaper.

5.      My photograph was published on the front page of the *Beacon Hill Times* in April 2007, with the caption, "Parishioners Clark and Reigh 'Snooks' Rockefeller of Pinckney Street celebrated Palm Sunday at the Church of the Advent on March 31." Contrary to the caption, I took the photograph on Sunday, April 1, 2007.

6.      I took the photograph and I own the copyright.

7.      I do not know exactly how the Boston Police or the FBI got a copy of the Photograph. I think that a Boston television station copied the image from the website of the *Beacon Hill Times*, and that the Boston Police or the FBI got the image from the television station. I have no idea whether my photograph played a role in helping law

enforcement agencies find Rockefeller or discover that Rockefeller was an imposter or a murder suspect or that he had been leading a secret existence for years.

8.      I was paid $750 by *Vanity Fair* Magazine for the use of my photograph in the January 2009 article entitled, "The Man in the Rockefeller Suit." I was given credit for the photograph. I was contacted again last month (September 2010) for permission to use my photograph in a book about Rockefeller.

Signed under the pains and penalties of perjury this 4th day of October 2010.


Donald A. Harney

## Certificate of Service

I hereby certify that on October 5, 2010, the forgoing document and all attachments thereto, were filed through the court's ECF system and will be sent electronically to the registered participants that are identified on the Notice of Electronic Filing, and paper copies will be served via first class mail to those indicated as non-registered participants, if any.

/s Andrew D. Epstein

October 5, 2010                           Andrew D. Epstein