UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD A. HARNEY, <br><br> Plaintiff <br><br> v. <br><br> SONY PICTURES TELEVISION, INC., ET AL. <br><br> Defendants | CIVIL ACTION NO. <br><br> 10-11181-RWZ |

### AFFIDAVIT OF ANDREW D. EPSTEIN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Andrew D. Epstein, on oath depose and state as follows:

1. I am the attorney for plaintiff, Donald A. Harney.

2. The Defendants supplied me with copies of the two versions of the photographs that Sony used in the movie, *Who is Clark Rockefeller?*

3. I have attached copies of the photographs I was given to this Affidavit and to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Signed under the pains and penalties of perjury this 5th day of October 2010.

/s Andrew D. Epstein

_____
Andrew D. Epstein

## Certificate of Service

      I hereby certify that on October 5, 2010, the forgoing document and all attachments thereto, were filed through the court's ECF system and will be sent electronically to the registered participants that are identified on the Notice of Electronic Filing, and paper copies will be served via first class mail to those indicated as non-registered participants, if any.

                                        /s Andrew D. Epstein

October 5, 2010                         Andrew D. Epstein

Photograph of Clark Rockefeller and his daughter, Reigh ("Snooks") taken by Donald A. Harney



© 2007 **Donald Harney**

Accused photograph used by Sony Pictures Television, Inc. in the Made-for-television movie, Who is Clark Rockefeller?

Version 1



SPE0000002

Accused photograph used by Sony Pictures Television, Inc. in the made-for-television movie, Who is Clark Rockefeller?

Version 2



SPE0000001