UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD A. HARNEY,<br><br>                Plaintiff<br><br>v.<br><br>SONY PICTURES TELEVISION, INC., ET AL.<br><br>                Defendants | CIVIL ACTION NO.<br><br>10-11181-RWZ |

**PLAINTIFF'S RULE 56.1 STATEMENT OF MATERIAL FACTS THAT CONSTITUTE GENUINE ISSUES TO BE TRIED**

Plaintiff, Donald A. Harney, submits the following facts and mixed questions of fact and law, as material issues to be tried in this action.

1. Sony copied Harney's photograph by recreating it using the actors who played Clark Rockefeller and Snooks in the same way as Harney did in his photograph. (See, Harney's photograph of Clark Rockefeller and his daughter, and Sony's photographs of the actor and actress who portrayed the Rockefellers in the movie, *Who is Clark Rockefeller?*, which are attached to Plaintiff's Opposition to the Motion for Summary Judgment.)

2. The similarities between Harney's photograph and Sony's copies are substantial and include the following:

    a. The angle from which the photographs were taken is virtually the same in Harney's photograph and Sony's copies;

    b.    Harney's photographs and the accused images are cropped the same way, with the bottom of the frame ending just below the father's shoulders.

    c.    The positions of Clark Rockefeller and his daughter are virtually the same in that Sony's copies have the daughter perched on her father's shoulder.

    d.    In one of Sony's copies, the daughter is perched on one shoulder exactly as she is in Harney's photograph.

    e.    The actors in Sony's photograph are wearing clothes similar to those that Rockefeller and Snooks are wearing.

    f.    In Harney's photograph and both of Sony's accused copies, Rockefeller and the actor are wearing a tie;

    g.    In Harney's photograph and both of Sony's accused copies, Snooks and the actress are wearing a long, pink, dress-up coat draped over their knees and draped over their respective "father's" shoulder;

    h.    In both Harney's photograph and Sony's copies, both subjects are smiling.

    i.    In both of Sony's copies, the actor is carrying some papers just as Rockefeller is doing in Harney's photograph.

    j.    In both of Sony's copies, the young actress has blond hair and in one of the images, she has wispy bangs just as Snooks has in Harney's photo.

Sony set out to copy Harney's photograph by merely substituting actors for the real-life Clark Rockefeller and Snooks. In the process, Sony made a substantially similar copy of Harney's image and infringed his copyright. (Compare Harney's photograph of Clark Rockefeller and his daughter, with Sony's photographs of the actor and actress who

portrayed the Rockefellers in the movie, *Who is Clark Rockefeller?*, which are attached to Plaintiff's Opposition to the Motion for Summary Judgment.)

3. Harney's photograph is not a direct copy of something pre-existing in nature, but rather the product of creative decisions and choices, including choices as to subject matter, pose, angle, selection of camera and lens, lighting, exposure and composition. (Harney Affidavit ¶ 4)

4. Sony did not use its recreation of Harney's photograph either for purposes of criticism, comment, news reporting, teaching, scholarship or research. (See the movie, *Who is Clark Rockefeller?*)

5. Sony used its recreation of Harney's photograph for commercial entertainment purposes. (See the movie, *Who is Clark Rockefeller?*)

6. *Vanity Fair* contacted Harney in advance for permission to use his Photograph in a story about Clark Rockefeller that was published in January 2009, and Harney was paid a licensing fee for its use. (Harney Aff. ¶8 and Exhibit 7 to Sony's Motion for Summary Judgment.)

7. Harney was contacted in September 2010, for permission to use his photograph in a book about Rockefeller. (Harney Aff. ¶8.)

DONALD A. HARNEY,
By his attorney,

October 5, 2010

/s Andrew D. Epstein
Andrew D. Epstein, Esquire (BBO #155140)
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA 02110
Tel: (617) 482-4900
FAX: (617) 426-5251
Photolaw@aol.com

## Certificate of Service

      I hereby certify that on October 5, 2010, the forgoing document was filed through the court's ECF system and will be sent electronically to the registered participants that are identified on the Notice of Electronic Filing, and paper copies will be served via first class mail to those indicated as non-registered participants, if any.

                                                /s Andrew D. Epstein

October 5, 2010                         Andrew D. Epstein