UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD A. HARNEY,<br><br>                Plaintiff<br><br>v.<br><br>SONY PICTURES TELEVISION, INC., ET AL.<br><br>                Defendants | CIVIL ACTION NO.<br><br>10-11181-RWZ |

**NOTICE OF FILING
OF PLEADINGS WITH THE CLERK'S OFFICE**

Notice is hereby given that color copies of plaintiff's photograph of Clark Rockefeller and his daughter, Reigh (Snooks) Rockefeller, and color copies of the two accused photographs which plaintiff alleges have infringed his copyright to the Rockefeller photograph will be manually filed in the Clerk's Office.

/s Andrew D. Epstein

_____
Andrew D. Epstein

## Certificate of Service

      I hereby certify that on October 5, 2010, the forgoing document and all attachments thereto, were filed through the court's ECF system and will be sent electronically to the registered participants that are identified on the Notice of Electronic Filing, and paper copies will be served via first class mail to those indicated as non-registered participants, if any.

                                                /s Andrew D. Epstein

October 5, 2010                          Andrew D. Epstein