Harney v. Sony Pictures Television, Inc. Civil Action No. 10-11181-RWZ

Photograph of Clark Rockefeller and his daughter, Reigh ("Snooks") taken by Donald A. Harney



Copyright 2007 Donald A. Harney

<u>Harney v. Sony Pictures Television, Inc.</u>, Civil Action No. 10-11181-RWZ

Accused photograph used by Sony Pictures Television, Inc. in the made-for-television movie, <u>Who is Clark Rockefeller?</u>

Version 1



Harney v. Sony Pictures Television, Inc., Civil Action No. 10-11181-RWZ

Accused photograph used by Sony Pictures Television, Inc. in the made-for-television movie, Who is Clark Rockefeller?

Version 2



## Certificate of Service

I hereby certify that on October 5, 2010, the forgoing document and all attachments thereto, were filed through the court's ECF system and will be sent electronically to the registered participants that are identified on the Notice of Electronic Filing, and paper copies will be served via first class mail to those indicated as non-registered participants, if any.

/s Andrew D. Epstein

October 5, 2010                              Andrew D. Epstein

## Certificate of Service

I hereby certify that on October 5, 2010, I mailed a copy of the forgoing document together with photographs via first class mail addressed to:

> Bruce P. Keller, Esquire,
> Debevoise & Plimpton
> 919 Third Avenue
> New York, NY 10022.

/s Andrew D. Epstein

October 5, 2010

Andrew D. Epstein