# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS


 **DONALD A. HARNEY**
                    **Plaintiff**                              **CR ACTION**

        **V.**                                                 **NO.  10CV11181-RWZ**

 **SONY PICTURES TELEVISION**
                    **Defendants**


                        **JUDGMENT**


 **ZOBEL, D. J.**

 In accordance with the ORDER entered on 5/12/11; Judgment is entered for defendants.



                                        **By the Court,**


   **5/13/11**                              **s/ Lisa A. Urso**
**Date**                                      **Deputy Clerk**