UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

DONALD A. HARNEY,                                 )

                            Plaintiff,     )     Civil Action No. 10-11181-RWZ

                      vs.                        )

SONY PICTURES TELEVISION, INC. and     )
A & E TELEVISION NETWORKS, LLC,

                                )

                   Defendants.     )

_____

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS

     Defendants Sony Pictures Television Inc. ("Sony Pictures") and A&E Television Networks, LLC ("AETN") respectfully request an extension of time in which to file, pursuant to Federal Rule of Civil Procedure 54(d) and 17 U.S.C. § 505, a motion seeking attorneys' fees and costs. The purpose of the motion is to allow the parties additional time for the possibility of an agreed-upon resolution of the matter.

     Defendants request that the deadline for filing such motion, currently set for May 27, 2011, be extended through and including June 17, 2011. Plaintiff Donald A. Harney

has assented to this motion and the relief sought.

Dated:  May 27, 2011
          New York, New York

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By:  /s/ Bruce P. Keller _____
         Bruce P. Keller (BBO #264980)

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendants Sony Pictures
Television Inc. and A&E Television
Networks, LLC*

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that I have conferred with counsel for Plaintiff in this action and attempted in good faith to resolve or narrow the issues raised in this motion.

/s/ Bruce P. Keller
Bruce P. Keller

## CERTIFICATE OF SERVICE

I, Bruce P. Keller, member of the firm Debevoise & Plimpton LLP, hereby certify that on May 27, 2011, I caused a true and correct copy of the foregoing Assented To Motion To Extend Time To File Motion For Attorneys' Fees And Costs to be served electronically upon Andrew D. Epstein, Esq., attorney for Donald A. Harney, via the Court's ECF system at the following email address:

> Andrew D. Epstein, Esq.
> Barker, Epstein & Loscocco
> 10 Winthrop Square
> Boston, MA  02110
> Photolaw@aol.com

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2011.

/s/ Bruce P. Keller
Bruce P. Keller