UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD A. HARNEY, | ) | |
| Plaintiff, | ) | Civil Action No. 10-11181-RWZ |
| vs. | ) | |
| SONY PICTURES TELEVISION, INC. and A & E TELEVISION NETWORKS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO RECOVER ATTORNEYS' FEES AND EXPENSES**

Defendants Sony Pictures Television Inc. and A&E Television Networks, LLC hereby move, pursuant to Federal Rule of Civil Procedure 54(d)(2)(A) and 17 U.S.C. § 505, for an award of $86,321.00 in attorneys' fees and $5,577.42 in costs that they incurred in prevailing in this copyright infringement action. The grounds for the motion

are more fully set forth in the accompanying Memorandum in Support of Defendants' Motion to Recover Attorneys' Fees and Expenses and the Declaration of Bruce P. Keller.

Dated: June 16, 2011
New York, New York

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By: /s/ Bruce P. Keller
Bruce P. Keller (BBO #264980)

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendants Sony Pictures Television Inc. and A&E Television Networks, LLC*

**LOCAL RULE 7.1 CERTIFICATE**

I hereby certify that I have conferred with counsel for Plaintiff in this action and attempted in good faith to resolve or narrow the issues raised in this motion.

/s/ Bruce P. Keller
Bruce P. Keller

**CERTIFICATE OF SERVICE**

I, Bruce P. Keller, member of the firm Debevoise & Plimpton LLP, hereby certify that on June 16, 2011, I caused a true and correct copy of the foregoing Defendants' Motion to Recover Attorneys' Fees and Expenses to be served electronically upon Andrew D. Epstein, Esq., attorney for Donald A. Harney, via the Court's ECF system at the following email address:

Andrew D. Epstein, Esq.
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA 02110
Photolaw@aol.com

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2011.

/s/ Bruce P. Keller
Bruce P. Keller