UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD A. HARNEY, ) | |
| Plaintiff, ) | Civil Action No. 10-11181-RWZ |
| vs. ) | |
| SONY PICTURES TELEVISION, INC. and ) A & E TELEVISION NETWORKS, LLC, | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSE TO DONALD A. HARNEY'S
MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL**

Defendants Sony Pictures Television Inc. and A&E Television Networks, LLC accept Plaintiff Donald A. Harney's claim that a notice of appeal was filed electronically on June 9, 2011, but, perhaps due to a technical problem, such notice never was properly docketed. To that extent, Defendants do not oppose Mr. Harney's request for an extension of time to re-file his notice of appeal.

That, however, should not be taken as an indication that Defendants believe Mr. Harney's substantive claims have any merit – they do not. To the contrary, Mr. Harney's insistence on extending this litigation by pressing his claims on appeal and forcing Defendants to incur additional costs further underscores why an award of attorneys' fees

and costs is appropriate in this case. (*See* Dkt # 27-29 (Defs' motion to recover attorneys' fees and costs).)

Dated: June 24, 2011
       New York, New York

                                            Respectfully submitted,

                                            DEBEVOISE & PLIMPTON LLP

                                            By: /s/ Bruce P. Keller
                                                  Bruce P. Keller (BBO #264980)

                                            919 Third Avenue
                                            New York, New York 10022
                                            (212) 909-6000

                                            *Attorneys for Defendants Sony Pictures*
                                            *Television Inc. and A&E Television*
                                            *Networks, LLC*

## CERTIFICATE OF SERVICE

I, Bruce P. Keller, member of the firm Debevoise & Plimpton LLP, hereby certify that on June 24, 2011, I caused a true and correct copy of the foregoing Defendants' Response to Donald A. Harney's Motion to Extend Time to File Notice of Appeal to be served electronically upon Andrew D. Epstein, Esq., attorney for Donald A. Harney, via the Court's ECF system at the following email address:

> Andrew D. Epstein, Esq.
> Barker, Epstein & Loscocco
> 10 Winthrop Square
> Boston, MA  02110
> Photolaw@aol.com

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2011.

/s/ Bruce P. Keller
Bruce P. Keller