UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD A. HARNEY, <br><br> Plaintiff <br><br> v. <br><br> SONY PICTURES TELEVISION, INC., <br><br> and <br><br> A & E TELEVISION NETWORKS, LLC, <br><br> Defendants | Civil Action <br><br> No. 10-11181-RWZ |

**AFFIDAVIT OF DONALD A. HARNEY IN OPPOSITION TO DEFENDANTS'
MOTION TO RECOVER ATTORNEY'S FEES AND COSTS**

I, Donald A. Harney, on oath depose and state as follows:

1. In addition to my full-time job as a photographer for the City of Boston, I also am also a freelance photographer, and I continue to work as a photojournalist.

2. This action is important to me and to other freelance photographers and photojournalists that I know because we rely on the money we make from reselling our copyrighted photographs to supplement our earnings.

3. If Sony and A &E Television are allowed to use copyrighted images without paying a licensing fee, it will have an adverse effect on professional photography and the ability of freelance photographers and photojournalists to earn a living.

4. I made the photograph of Clark and Reigh Rockefeller as they were leaving church. I told them that I was working for the *Beacon Hill Times*, and I asked for their names and their permission to photograph them. I purposefully decided to approach the Rockefellers and to photograph them because of their appearance on that day, and because Reigh was an appealing young girl who was wearing a stylish pink coat while perched on her father's shoulders. I selected the camera and lens and used fill-in flash to help reduce shadows. I decided on the angle from which I was going to frame the Rockefellers and I composed the Photograph complete with Clark Rockefeller holding papers in his right hand against his chest. I did not select the clothes that the Rockefellers were wearing nor did I give Clark Rockefeller any papers to hold or his daughter a palm frond. However, I did ask them to pose and I chose to include these "props" in my Photograph as part of my composition. I selected the Rockefellers in large part because of their appearance on the day that I created the picture.

5. I asked my attorney to bring this Action because I believe in good faith that Sony made two derivative works from my original Photograph, and used the images without my permission in the movie, *Who is Clark Rockefeller?*

Signed under the pains and penalties of perjury this 29th day of June 2011.

/s Donald A. Harney*
_____
Donald A. Harney

*I, Andrew D. Epstein, certify under the pains and penalties of perjury that I was authorized by Donald A. Harney on June 29, 2011, to sign his name to this affidavit electronically.

/s Andrew D. Epstein
_____
Andrew D. Epstein

## Certificate of Service

I hereby certify that on June 29, 2011, the forgoing Affidavit of Donald A. Harney to Memorandum in Opposition to Defendants' Motion to Recover Attorney's Fees and Costs was filed through the court's ECF system and will be sent electronically to the registered participants that are identified on the Notice of Electronic Filing, and paper copies will be served via first class mail to those indicated as non-registered participants, if any.

/s Andrew D. Epstein

June 29, 2011              Andrew D. Epstein