UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD A. HARNEY, <br><br> Plaintiff <br><br> v. <br><br> SONY PICTURES TELEVISION, INC., <br><br> and <br><br> A & E TELEVISION NETWORKS, LLC, <br><br> Defendants | Civil Action <br><br> No. 10-11181-RWZ |

**AFFIDAVIT OF ANDREW D. EPSTEIN IN OPPOSITION TO DEFENDANTS' MOTION TO RECOVER ATTORNEY'S FEES AND COSTS**

I, Andrew D. Epstein, on oath depose and state as follows:

1. On June 29, 2011, I spoke to Attorney Stephen A. Weingrad, who was the New York City attorney who represented the Plaintiff, Frank Fournier in Fournier v. Erickson, 202 F.Supp.2d 290 (S.D.N.Y. 2002).

2. Attorney Weingrad confirmed that the photographs that I included in Plaintiff's Memorandum in Opposition to Defendant's Motion for Attorney's Fees and Costs and which are attached as Exhibit A, are the same photographs that were in issue in Fournier v. Erickson.

Signed under the pains and penalties of perjury this 29th day of June 2011.

/s Andrew D. Epstein
_____
Andrew D. Epstein

## Certificate of Service

I hereby certify that on June 29, 2011, the forgoing Affidavit of Andrew D. Epstein in support of Memorandum in Opposition to Defendants' Motion to Recover Attorney's Fees and Costs was filed through the court's ECF system and will be sent electronically to the registered participants that are identified on the Notice of Electronic Filing, and paper copies will be served via first class mail to those indicated as non-registered participants, if any.

/s Andrew D. Epstein

June 29, 2011                                          Andrew D. Epstein