UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD A. HARNEY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SONY PICTURES TELEVISION, INC., )<br>)<br>and )<br>)<br>A & E TELEVISION NETWORKS, LLC, )<br>)<br>Defendants ) | Civil Action<br><br>No. 10-11181-RWZ |

## NOTICE OF APPEAL

Notice is hereby given that Donald A. Harney, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment entered on May 13, 2011, in accordance with the Order of this court entered on May 12, 2011, granting Defendants' Motion for Summary Judgment. This Notice is being filed pursuant to court order granting Motion for Extension of Time to file appeal.

                                              DONALD A. HARNEY,
                                              By his attorney,

                                              /s Andrew D. Epstein
June 30, 2011                            Andrew D. Epstein, Esquire (BBO #155140)
                                              Barker, Epstein & Loscocco
                                              10 Winthrop Square
                                              Boston, MA  02110
                                              Tel: (617) 482-4900
                                              FAX: (617) 426-5251
                                              Photolaw@aol.com

2

## Certificate of Service

      I hereby certify that on June 30, 2011, the forgoing Notice of Appeal was filed through the court's ECF system and will be sent electronically to the registered participants that are identified on the Notice of Electronic Filing, and paper copies will be served via first class mail to those indicated as non-registered participants, if any.

                                      /s Andrew D. Epstein

June 30, 2011                      Andrew D. Epstein