# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Donald A. Harney v. Sony Pictures Television, Inc., et al

District Court Number: 10-cv-11181

---

Fee: Paid? Yes __X__ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No __X__

---

Motions Pending   Yes __X__ No ____          Sealed documents   Yes ____ No __X__
*If yes, document #*   27                    *If yes, document #*

*Ex parte* documents   Yes ____ No __X__     Transcripts   Yes __X__ No ____
*If yes, document #*                         *If yes, document #*   30

---

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   #25 Judgment, #24 Order

Other information:

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, #25 Judgment, #24 Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __38__, filed on __6/30/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __6/30/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**