UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD A. HARNEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action |
| SONY PICTURES TELEVISION, INC., ) | |
| ) | No. 10-11181-RWZ |
| ) | |
| A & E TELEVISION NETWORKS, LLC, ) | |
| ) | |
| Defendants ) | |

**SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION TO RECOVER ATTORNEY'S FEES AND COSTS**

Plaintiff, Donald A. Harney ("Harney") hereby supplements his Memorandum in opposition to the motion for attorney's and costs under 17 U.S.C.A. § 505, filed by Sony Pictures Television, Inc. and A & E Television Networks, LLC (hereinafter both referred to as "Sony").  Harney believes that recent developments may aid this court in deciding Sony's pending motion for attorney's fees and costs.

Harney appealed the decision of this court to the First Circuit Court of Appeals which affirmed this court's decision.  Sony then petitioned the First Circuit for an award of attorney's fees.  The petition was denied by the First Circuit Court of Appeals which entered the following Order on March 20, 2103.

The petition for fees is denied.  As the panel recognized, applying dissection principles to news photography can be challenging, see Harney v. Sony Pictures

Television, Inc., 704. F.3d 173, 180 (1st Cir. 2013), and the precedent in our circuit addressing the copying of such works was limited prior to our decision in this case. In light of that context, we decline to shift defendants' attorney's fees to plaintiff Harney under 17 U.S.C. § 505.  See Garcia-Goyco v. Law Environmental Consultants, Inc., 428 F.3d 14, 20 (1st Cir. 2005) (noting that "'attorney's fees are to be awarded to prevailing parties only as a matter of the court's discretion'" (quoting Fogerty v. Fantasy, Inc., 510 U.S. 517, 533 (1994)).

      Harney believes that the recent Order of the First Circuit in Harney may be useful to this court in helping it decide Sony's pending motion for attorney's fees and costs.

      Respectfully submitted,
DONALD A. HARNEY,
By his attorney,

March 25, 2013

/s Andrew D. Epstein
Andrew D. Epstein, Esquire (BBO #155140)
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA  02110
Tel: (617) 482-4900
FAX: (617) 426-5251
Photolaw@aol.com

# Certificate of Service

      I hereby certify that on the date indicated below, the forgoing document was filed through the court's CM/ECF system.  I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served through the CM/ECF system:

      Bruce P. Keller, Esquire, and
Michael J. Beam, Esquire

March 25, 2013

/s Andrew D. Epstein
Andrew D. Epstein

2