UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11181-RWZ

DONALD A. HARNEY

v.

SONY PICTURES TELEVISION, INC. and
A & E TELEVISION NETWORKS, LLC

MEMORANDUM OF DECISION

June 5, 2013

ZOBEL, D.J.

Defendants' motion for attorneys' fees and expenses (Docket # 27) is DENIED, for the reasons given in the First Circuit's similar ruling on March 20, 2013. See Harney v. Sony Pictures Television, Inc., No. 11-1760, slip op. (1st Cir. Mar. 20, 2013).

|  June 5, 2013  |  /s/Rya W. Zobel  |
|---|---|
| DATE | RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |